UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRACY BROGAN,

                     Plaintiff(s)

          -against-

MACY'S, INC.,

                     Defendant(s).
-----------------------------------------------------------X

23 civ 10718 (JGK)

## ORDER

The matter stayed pending arbitration on January 31, 2024,

The conference scheduled for April 24, 2024, at 4:30pm, is canceled.

**SO ORDERED.**

                                                        **JOHN G. KOELTL**
                                                 **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         April 11, 2024