United States District Court
Southern District of New York

_____

TRACY BROGAN,

                          Plaintiff,             23-cv-10718 (JGK)

      - against -                  ORDER

MACY'S INC.,

                        Defendant.

_____

JOHN G. KOELTL, District Judge:

On April 12, 2024, the Court stayed this action pending arbitration. ECF No. 9. The parties should advise the Court regarding the status of this case by **April 24, 2026.**

SO ORDERED.

Dated:    New York, New York
          April 16, 2026

                              _____
                                John G. Koeltl
                        United States District Judge