UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRACY BROGAN,

                         Plaintiff,

          - against -

MACY'S INC., ET AL.,

                      Defendants.

---

23-cv-10718 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties advise that this case was resolved in arbitration. Therefore, this action is dismissed with prejudice.

    The Clerk is requested to close this case on the docket of the Court.


SO ORDERED.
Dated:    New York, New York
          April 22, 2026

                              John G. Koeltl
                 United States District Judge